AEE

**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FEBRUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1089**

In the Matter of                                        Case Number:

First Franklin Financial Corporation

**JUDGE KOCORAS**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Amerihome Mortgage Company, L.L.C.

| | |
|---|---|
| **NAME (Type or print)** W. Kent Carter | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** s/ W. Kent Carter | |
| **FIRM** Clark Hill PLC | |
| **STREET ADDRESS** 150 N. Michigan Ave., Suite 2400 | |
| **CITY/STATE/ZIP** Chicago, IL 60601 | |

| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6242646 | **TELEPHONE NUMBER** 312-985-5900 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐