AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FIRST FRANKLIN FINANCIAL CORPORATION,
a Delaware Corporation,

V.

AMERIHOME MORTGAGE COMPANY, L.L.
C., a Wisconsin limited liability company

CASE NUMBER: **08 C 1089**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KOCORAS**
**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Amerihome Mortgage Company, L.L.C.
c/o Nicholas J. Deltorto, Registered Agent
10400 W. Higgins Road, #101
Rosemont, IL 60018

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William Kent Carter
Clark Hill PLC
150 N. Michigan Ave., Suite 2400
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Anya Ellis* (signature)

--------------------------------
**(By) DEPUTY CLERK**

**February 21, 2008**
--------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE | 3/6/08 |
| NAME OF SERVER (PRINT) Kerry Polizzi | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Amerihome Mortgage Company 1771 W. Diehl Rd #150, Naperville, IL 60560

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served : Vincent Friedel (Manager)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/6/08
             Date

Signature of Server: Kerry Polizzi

OFFICIAL SEAL
MARCIA FOTOPOULOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/16/11

Address of Server: 150 N. Michigan, Chicago, IL 60601

OFFICIAL SEAL
MARCIA FOTOPOULOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/16/11

Marcia Fotopoulos  3/6/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.