## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FIRST FRANKLIN FINANCIAL<br>CORPORATION, a Delaware Corporation, | ) ) ) | |
| | ) | Case No. 08 C 1089 |
| Plaintiff, | ) ) | |
| | ) | Hon. Charles P. Koracas |
| v. | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| AMERIHOME MORTGAGE COMPANY, | ) | |
| L.L.C., a Wisconsin Limited Liability | ) | |
| Company, | ) | |
| | ) | |
| Defendant. | ) | |

### PROOF OF SERVICE *VIA* U.S. MAIL

I, W. Kent Carter an attorney, certify that I served or caused to be served the attached copy of the Court's February 26, 2008 Notification of Docket Entry to:

Amerihome Mortgage Company, LLC
1771 W. Diehl Road #150
Naperville, IL 60560

by depositing same in the U.S. Mail at 150 North Michigan Ave., Chicago, Illinois with proper postage affixed, on or before 5:00 p.m., on March 12, 2008.

March 12, 2008

FIRST FRANKLIN FINANCIAL CORPORATION

By: /s/ William Kent Carter
William Kent Carter
Clark Hill
150 N. Michigan Ave., Suite 2400
Chicago, IL 60601
(312) 985-5999
wcarter@clarkhill.com
Attorneys for Plaintiff

5541210.1 27971/117175

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

First Franklin Financial Corporation

                                  Plaintiff,

v.                                       Case No.: 1:08–cv–01089
                                       Honorable Charles P. Kocoras

Amerihome Mortgage Company, L.L.C.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Charles P. Kocoras :Status hearing set for 4/15/2008 at 09:30 AM. At the initial hearing, parties to report on the following: 1. Possibility of settlement. 2. If no possibility of settlement exists, the nature and length of discovery necessary to prepare the case for resolution. Plaintiff is directed to advise all other parties of the Court's action herein. Lead counsel for each party is required to attend the initial hearing.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.