## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) Case No.  08 C 1089 ) ) Hon. Charles P. Koracas |
| v. | ) Magistrate Judge Michael T. Mason ) |
| AMERIHOME MORTGAGE COMPANY, L.L.C.,  a Wisconsin Limited Liability Company, | ) ) ) ) |
| Defendant. | ) |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on March 12, 2008, we caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, a Proof of Service Notification of Docket Entry.

March 12, 2008

                FIRST FRANKLIN FINANCIAL CORPORATION


                By: /s/ William Kent Carter
                William Kent Carter
                Clark Hill
                150 N. Michigan Ave., Suite 2400
                Chicago, IL 60601
                (312) 985-5999
                wcarter@clarkhill.com
                Attorneys for Plaintiff

**PROOF OF SERVICE VIA U.S. MAIL**

I, W. Kent Carter, an attorney, certify that, I caused to be served the attached Notice of Filing:

Amerihome Mortgage Company, LLC
1771 W. Diehl Road #150
Naperville, IL 60560

*via* U.S. mail by depositing same in the U.S. Mail at 150 North Michigan Ave., Chicago, Illinois with proper postage affixed, on or before 5:00 p.m., on March 12, 2008.
March 12, 2008

FIRST FRANKLIN FINANCIAL CORPORATION


By: /s/ William Kent Carter
William Kent Carter
Clark Hill
150 N. Michigan Ave., Suite 2400
Chicago, IL 60601
(312) 985-5999
wcarter@clarkhill.com
Attorneys for Plaintiff

5541210.1 27971/117175