**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FIRST FRANKLIN FINANCIAL CORPORATION,
a Delaware corporation,

      Plaintiff,

v.                                Case No. 08 C 1089

AMERIHOME MORTGAGE COMPANY, L.L.C.,       Hon. Charles P. Kocoras
A Wisconsin limited liability company,        Magistrate Judge Michael T. Mason

      Defendant.

## MOTION FOR EXTENSION OF TIME

      Defendant, Amerihome Mortgage Company, L.L.C., through counsel, Linda E. Unger, for its motion for an extension of time to answer or otherwise plead, states as follows:

      1.     Amerihome was served with summons in this case on March 6, 2008, and counsel was retained on March 19, 2008.  Pursuant to applicable rules, defendant's responsive pleading would be due on March 26, 2008.

      2.     This case involves transactions that occurred several years ago, and therefore, Defendant requires additional time to retrieve relevant documents, meet with counsel, and allow counsel time to prepare an appropriate responsive pleading.

      3.     Therefore, defendant requests an additional 30 days to April 25, 2008, to answer or otherwise plead.

      4.     This motion is brought in good faith and not for purposes of delay.

WHEREFORE, Defendant Amerihome Mortgage Company, L.L.C. prays this court enter an order extending its time to answer or otherwise plead to plaintiff's complaint to April 25, 2008.

Respectfully submitted,

Amerihome Mortgage Company, L.L.C.

By: _____ s/ Linda E. Unger _____
                One of Its Attorneys

Linda E. Unger - ARDC No. 3125563
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, Illinois  60661
312.345.1718 / Fax: 312.345.1778