**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br> v. <br><br> AMERIHOME MORTGAGE COMPANY, L.L.C., A Wisconsin limited liability company, <br><br> Defendant. | Case No. 08 C 1089 <br><br> Hon. Charles P. Kocoras <br> Magistrate Judge Michael T. Mason |

### NOTICE OF MOTION

To:   All Counsel of Record (via ECF Filing System)

PLEASE TAKE NOTICE that on **March 27, 2008,** at **9:30 A.M.** or as soon thereafter as counsel may be heard, we shall appear before The Honorable Charles P. Kocoras in Courtroom 1725 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion for Extension of Time**, a copy of which accompanies this notice and is herewith served upon you.

                                                              _____s/ Linda E. Unger_____
                                                              One of the Attorneys for Defendant

Linda E. Unger – ARDC No. 3125563
Siobhán M. Murphy – ARDC No. 6207431
Lewis Brisbois Bisgaard & Smith LLP
150 N. Wacker Drive, Suite 3100
Chicago, IL  60606
312.345.1718/Fax: 312.345.1778

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2008, I electronically filed the preceding **Notice of Motion** and accompanying **Motion for Extension of Time** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                                             _____s/ Linda E. Unger_____

4829-3710-5922.1