**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

First Franklin Financial Corporation
                                   Plaintiff,

v.                                             Case No.: 1:08−cv−01089
                                                  Honorable Charles P. Kocoras

Amerihome Mortgage Company, L.L.C.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Charles P. Kocoras:Defendant's motion [10] for an extension of time to 4/25/2008 to answer or otherwise plead is granted. Hearing on said motion, set for 3/27/2008, is stricken. Status hearing is reset from 4/15/2008 to 4/30/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.