IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware corporation, | |
| Plaintiff, | |
| v. | Case No. 08 C 1089 |
| AMERIHOME MORTGAGE COMPANY, L.L.C., A Wisconsin limited liability company, | Hon. Charles P. Kocoras |
| Defendant. | |

## NOTICE OF MOTION

TO:  William Kent Carter
     Clark Hill PLC
     150 N. Michigan Avenue, Suite 2400
     Chicago, IL  60601

PLEASE TAKE NOTICE that on **May 6, 2008,** at  **9:30 A.M.** or as soon thereafter as counsel may be heard, we shall appear before The Honorable Charles P. Kocoras in Courtroom 1725 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion to Dismiss**, a copy of which accompanies this notice and is herewith served upon you.

                                          s/   Siobhán M. Murphy
                                          One of the Attorneys for Defendant

One of the Attorneys for Defendant
Linda E. Unger – ARDC No. 3125563
Siobhán M. Murphy – ARDC No. 6207431
Brooke M. Rotstein – ARDC No. 6282803
Lewis Brisbois Bisgaard & Smith LLP
150 N. Wacker Drive, Suite 3100
Chicago, IL  60606
312.345.1718/Fax: 312.345.1778

## Certificate of Service

I hereby certify that on April 25, 2008, I electronically filed the preceding **Notice of Filing** and accompanying document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                          s/   Siobhán M. Murphy

4846-5730-0482.1