IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AMERIHOME MORTGAGE COMPANY, L.L.C., A Wisconsin limited liability company,<br><br>    Defendant. | Case No. 08 C 1089<br><br>Hon. Charles P. Kocoras |

## NOTICE OF FILING

TO:   William Kent Carter
      Clark Hill PLC
      150 N. Michigan Avenue, Suite 2400
      Chicago, IL  60601

   PLEASE TAKE NOTICE that on **April 25, 2008**, we electronically filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division, Defendant's **Answer and Affirmative Defenses to Plaintiff's Complaint,** a copy of which is herewith served upon you.

                                          s/   Siobhán M. Murphy
                                       One of the Attorneys for Defendant

One of the Attorneys for Defendant
Linda E. Unger – ARDC No. 3125563
Siobhán M. Murphy – ARDC No. 6207431
Brooke M. Rotstein – ARDC No. 6282803
Lewis Brisbois Bisgaard & Smith LLP
150 N. Wacker Drive, Suite 3100
Chicago, IL  60606
312.345.1718/Fax: 312.345.1778

## Certificate of Service

   I hereby certify that on April 25, 2008, I electronically filed the preceding **Notice of Filing** and accompanying document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                          s/   Siobhán M. Murphy

4811-1757-0050.1