# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

First Franklin Financial Corporation

Plaintiff,

v.

Case No.: 1:08–cv–01089
Honorable Charles P. Kocoras

Amerihome Mortgage Company, L.L.C.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

MINUTE entry before Judge Charles P. Kocoras:Status and motion hearing held on 4/30/2008. Answer to defendant's motion [15] for partial dismissal is due 5/21/2008. Reply due 5/28/2008. The Court will rule by mail. Hearing on said motion, set for 5/6/2008, is stricken. All discovery to be completed by 10/30/2008. Status hearing set for 10/30/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.