## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERIHOME MORTGAGE COMPANY, L.L.C., a Wisconsin Limited Liability Company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 08 C 1089 <br><br> Hon. Charles P. Koracas <br> Magistrate Judge Michael T. Mason |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on May 21, 2008, we caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, Plaintiff's Response in Opposition to Defendant's Motion to Dismiss.

May 21, 2008

                               FIRST FRANKLIN FINANCIAL CORPORATION

                               By: /s/ William Kent Carter
                               William Kent Carter
                               Clark Hill
                               150 N. Michigan Ave., Suite 2400
                               Chicago, IL 60601
                               (312) 985-5999
                               wcarter@clarkhill.com
                               Attorneys for Plaintiff

## PROOF OF SERVICE

  I, William Kent Carter, an attorney, do hereby certify that I caused a copy of this Notice of Filing and Response on behalf of First Franklin Financial Corporation to be filed by way of electronic filing with the Northern District of Illinois, Eastern Division, on May 21, 2008.

.

May 21, 2008

            FIRST FRANKLIN FINANCIAL CORPORATION


            By: /s/ William Kent Carter
            William Kent Carter
            Clark Hill
            150 N. Michigan Ave., Suite 2400
            Chicago, IL 60601
            (312) 985-5999
            wcarter@clarkhill.com
            Attorneys for Plaintiff


## SERVICE LIST

*Via* **Electronic Filing**
Linda E. Unger
Lewis Brisbois Bisgaard & Smith LLP
550 W. Adams St., Ste 300
Chicago, IL 60661
312-345-1718
312-345-1778 (fax)
lunger@lbbslaw.com

5599495.1 24567/120286