IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>AMERIHOME MORTGAGE COMPANY, L.L.C., A Wisconsin limited liability company,<br><br>    Defendant. | Case No. 08 C 1089<br><br>Hon. Charles P. Kocoras |

## JURY DEMAND

Defendant Amerihome Mortgage Company having previously filed its Answer and Affirmative Defenses to Plaintiff's Complaint hereby requests a trial by jury.

                                              s/   Linda E. Unger
                                           One of the Attorneys for Defendant

Linda E. Unger – ARDC No. 3125563
Siobhán M. Murphy – ARDC No. 6207431
Brooke M. Rotstein – ARDC No. 6282803
Lewis Brisbois Bisgaard & Smith LLP
150 N. Wacker Drive, Suite 3100
Chicago, IL  60606
312.345.1718/Fax: 312.345.1778

4830-7834-7266.1