IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br> v. <br><br> AMERIHOME MORTGAGE COMPANY, L.L.C., A Wisconsin limited liability company, <br><br> Defendant. | Case No. 08 C 1089 <br><br> Hon. Charles P. Kocoras |

## NOTICE OF FILING

TO: William Kent Carter
Clark Hill PLC
150 N. Michigan Avenue, Suite 2400
Chicago, IL  60601

PLEASE TAKE NOTICE that on **May 28, 2008,** we electronically filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division, **Defendant's Reply in Support of Its Motion to Dismiss,** a copy of which is herewith served upon you.

                                                                                               s/   Linda E. Unger
                                                                                          One of the Attorneys for Defendant

Linda E. Unger – ARDC No. 3125563
Siobhán M. Murphy – ARDC No. 6207431
Brooke M. Rotstein – ARDC No. 6282803
Lewis Brisbois Bisgaard & Smith LLP
150 N. Wacker Drive, Suite 3100
Chicago, IL  60606
312.345.1718/Fax: 312.345.1778

## Certificate of Service

I hereby certify that on May 28, 2008, I electronically filed the preceding **Notice of Filing** and accompanying document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                                                                            s/   Linda E. Unger

4849-7384-4994.1