## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1089 | **DATE** | 6/30/2008 |
| **CASE TITLE** | First Franklin Financial Corp. vs. Amerihome Mortgage Co. | | |

**DOCKET ENTRY TEXT**

**ENTER MEMORANDUM OPINION:** Amerihome's motion [15] to dismiss is denied. Status hearing and close of discovery, set for 10/30/2008, to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SCT |
|---|---|---|