## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION, a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) Case No. 08 C 1089 |
| vs. | ) ) ) Judge Charles P. Kocoras ) Magistrate Judge Michael T. Mason |
| AMERIHOME MORTGAGE COMPANY, L.L.C., A Wisconsin limited liability company, | ) ) ) |
| Defendant. | ) |

### AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER

NOW COMES Plaintiff, First Franklin Financial Corporation, by and through its attorneys, Clark Hill, and for its Agreed Motion for Entry of a Protective Order, state as follows:

1. On or about February 21, 2008, Plaintiff First Franklin Financial Corporation ("First Franklin") filed its Verified Complaint against Defendant Amerihome Mortgage Company L.L.C. ("Amerihome"), alleging, *inter alia*, breach of a Mortgage Broker's Agreement (the "Agreement") by and between the parties.

2. Pursuant to the Agreement, Defendant Amerihome became an independent contractor of First Franklin authorized to submit applications for mortgage loans for borrowers to be funded by First Franklin (the "Loans").

3. Certain documents and testimony in this case will require the disclosure of confidential financial information of both the parties and third-party borrowers. Additionally, discovery in this case will likely involve the disclosure of proprietary and confidential business information and trade secrets of the parties.

4.	The parties have agreed to both the form and content of the Protective Order, a copy of which is attached hereto as Exhibit 1.  Defendant concurs with this Motion and the relief sought herein.

5.	Accordingly, the parties seek the entry of the agreed Protective Order attached hereto as Exhibit 1.

WHEREFORE, First Franklin Financial Corporation, respectfully requests this Honorable Court enter the attached Protective Order and any further legal or equitable relief this Court deems just.


Dated September 12, 2008

                                        Respectfully submitted,

                                        First Franklin Financial Corporation


                                        By:	s/W. Kent Carter
                                                   One of Its Attorneys

W. Kent Carter, Esq. (wcarter@clarkhill.com)
Clark Hill
150 N. Michigan Avenue
Suite 2400
Chicago, IL  60601
(312) 985-5900
Attorneys For FIRST FRANKLIN FINANCIAL CORPORATION