UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION, )<br>a Delaware Corporation,                                   )<br>                                                                  )<br>           Plaintiff,                                        )<br>                                                                  )<br>     vs.                                                       )<br>                                                                  )<br>AMERIHOME MORTGAGE COMPANY, L.L.C., )<br>A Wisconsin limited liability company,             )<br>                                                                  )<br>           Defendant.                                     ) | Case No. 08 C 1089<br><br>Judge Charles P. Kocoras<br>Magistrate Judge Michael T. Mason |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 16, 2008, at 9:30 a.m. we shall appear before the Honorable Judge Charles P. Kocoras or any Judge sitting in his stead room 1725 of the United States District Court, Northern District of Illinois, Eastern Division Bankruptcy Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and move this Court pursuant to Agreed Motion for Protective Order, a copy of which is hereby served upon you.

Dated September 12, 2008

                                                     Respectfully submitted,

                                                     First Franklin Financial Corporation

                                                     By:   s/W. Kent Carter
                                                              One of Its Attorneys

W. Kent Carter, Esq. (wcarter@clarkhill.com)
Clark Hill
150 N. Michigan Avenue
Suite 2400
Chicago, IL  60601
(312) 985-5900
Attorneys For FIRST FRANKLIN FINANCIAL CORPORATION

5647156.1 24567/120286

## CERTIFICATE OF SERVICE

I, W. Kent Carter, , an attorney, do hereby certify that I caused a copy of this Notice of Agreed Motion and Motion on Behalf of First Franklin Financial Corporation, to be served on all parties of record by way of electronic filing with the U.S. District Court, Northern District of Illinois, Eastern Division on September 12, 2008.

       /s W. Kent Carter

## SERVICE LIST

Lind E. Unger, Esq.
Siobhan M. Murphy, Esq.
Brooke M. Rotstein, Esq.
Lewis Brisbois Bisgaard & Smith LLP
550 W. Adams St., Ste 300
Chicago, IL 60661